Minute Order Form (rev. 12/90)

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | Norgle | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| Case Number | 98C 2945 | Date | 4/12/01 |
| Case Title | Tranzact v Stanley Works et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) Filed motion of [use listing in "MOTION" box above]
(2) Brief in support of motion due _____
(3) Answer brief to motion due _____ Reply to answer brief due _____
(4) [ ] Ruling / [ ] Hearing on _____ set for _____ at _____
(5) Status hearing [ ] held [ ] continued to [ ] set for [ ] re-set for _____ at _____
(6) Pretrial conf. [ ] held [ ] continued to [ ] set for [ ] re-set for _____ at _____
(7) Trial [ ] Set for [ ] re-set for _____ at _____
(8) [ ] Bench Trial [ ] Jury Trial [ ] Hearing held and continued to _____ at _____
(9) [X] This case is dismissed [ ] without [X] with prejudice and without costs [X] by agreement [ ] pursuant to [ ] FRCP 4(j) (failure to serve) [ ] General Rule 21 (want of prosecution) [ ] FRCP 41(a)(1) [ ] FRCP 41(a)(2)
(10) [X] [Other docket entry] Agreed motion of parties based upon stipulation to dismiss based upon agreement to settle is granted. CASE DISMISSED WITH PREJUDICE AND PARTIES TO BEAR OWN COSTS AND ATTORNEYS FEES.

*Charles R. Norgle, Sr.* (signature)

(11) [For further detail see [ ] order on the reverse of [ ] order attached to the original minute order form.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | 3 | number of notices |
| | No notices required. | | |
| | Notices mailed by judge's staff. | APR 16 2001 | date docketed |
| [X] | Notified counsel by telephone. | | |
| [X] | Docketing to mail notices. | UMJ | docketing dpty. initials |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate Judge. | APR 16 2001 | date mailed notice |
| | courtroom deputy's Initials | Date/time received in central Clerk's Office / UMJ | mailing dpty. initials |

Document # 61